*A. C. Perry,* for plaintiff in error.
*C. D. Hill, solicitor-general,* contra.

## TILLERY *v.* THE STATE.

*Lumpkin, J.*—This case presents no new or important legal question; the evidence *pro* and *cŏn* as to relationship between the prosecutor and one of the jurors was confused and conflicting, and the judge was warranted in finding that the alleged relationship did not exist; the evidence did not demand a charge

14

upon the law of involuntary manslaughter, and even if the statement of the accused authorized a charge upon this subject, no such charge was requested; no error of law was committed at the trial, and there was ample evidence to support the verdict. *Judgment affirmed.*

June 8, 1896. By two Justices.

Indictment for murder. Before Judge Hart. Laurens superior court. January term, 1896.

*J. E. Hightower* and *H. P. Howard,* for plaintiff in error. *H. G. Lewis, solicitor-general,* and *T. L. Griner,* by *Anderson, Felder & Davis,* contra.